Order entered December 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00499-CR
No. 05-12-00500-CR

**TAM THANH NGUYEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-61349-N, F11-61350-N**

## ORDER

The Court **REINSTATES** the appeals.

On November 16, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On December 3, 2012, we received appellant's brief and the trial court's findings. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; and (2) appellant's brief will be filed by December 3, 2012.

We **ORDER** appellant's brief filed as of the date of this order.

_____
DAVID L. BRIDGES
JUSTICE